UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : 

: ORDER

: CR. NO. 09-152

VS.

:

RAYVON THOMAS

:

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 11th day of May, 2017

ORDERED that the Federal Public Defender for the District of New Jersey,

Andrea Bergman, AFPD is hereby appointed to represent said defendant in this case until further order of the Court.

_____
ANNE E. THOMPSON
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender

DNJ-CR-020